UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO VASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>INKA SINGS, a business entity; MARITZA E. CRUCES, an individual; KROGMAN FRANK R TR, a trust,<br><br>Defendants, | CASE NO. 8:21-cv-00452-JLS-ADS<br><br>**JUDGMENT** |

This Court, having granted Defendant Maritza E. Cruces' Motion for Order Dismissing Complaint for Failure to State Facts Sufficient to Constitute a Claim Upon Which Relief May Be Granted, hereby ORDERS AND ADJUDGES that Plaintiff Tito Vasquez take nothing and that the action is dismissed.

DATED: April 13, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE